UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

DANIEL GILL,

                           Plaintiff,

-against-

RUDOLPH W. GIULIANI, THE CITY OF NEW YORK, P.O. MATTHEW T. MCCARTHY, DETECTIVE MICHAEL LEVAY, SGT. FNU MILATTA, SGT. JAMES COUGHLIN, SUPERVISOR(S) JOHN DOE(S),

                           Defendants.

------------------------------------------------------------------- X

**DECLARATION OF INNA SHAPOVALOVA IN SUPPORT OF CITY DEFENDANTS' MOTION TO DISMISS**

23 Civ. 4087 (LAK)

      **INNA SHAPOVALOVA,** an attorney duly admitted to practice in the State of New York and in this Court, declares, pursuant to 28 U.S.C. §1746, under penalty of perjury, that the following is true and correct:

      1.     I am an Assistant Corporation Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendants City of New York, Matthew McCarthy, Michael Levay, Charles Milatta and James Coughlin (the "City Defendants"). As such, I am familiar with the facts stated below. I submit this declaration in support of City Defendants' Motion to Dismiss the Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

      2.     Annexed hereto as Exhibit "A" is a copy of the video surveillance footage from ShopRite located at 3010 Veteran's Road West in Staten Island, New York, recorded on June 26, 2022, which depicts, *inter alia*, the interaction between Plaintiff and Defendant Giuliani inside of the store on that date.

      3.     Annexed hereto as Exhibit "B" is a copy of Plaintiff's Complaint, which was filed on May 19, 2023 on the Civil Docket as Document No. 2.

Dated:        New York, New York
              August 21, 2023

                                       HON. SYLVIA O. HINDS-RADIX
                                       Corporation Counsel of the City of New York
                                       *Attorney for Defendants City, McCarthy, Levay,*
                                       *Milatta, and Coughlin*
                                       100 Church Street, Room 3-180
                                       New York, New York 10007
                                       (212) 356-2656

                                     By:   /s/ *Inna Shapovalova*
                                                  Inna Shapovalova
                                                  *Senior Counsel*
                                                  Special Federal Litigation Division

cc:      **BY ECF**
           Ronald Laurence Kuby, Esq.
           Rhidaya Shodhan Trivedi, Esq.
           *Attorneys for Plaintiff*