# EXHIBIT A

Exhibit A is the video surveillance footage from ShopRite located at 3010 Veteran's Road West in Staten Island, New York, recorded on June 26, 2022. This electronic file will be provided to the Court on a CD.