UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
Daniel Gill,

               Plaintiff,

v.                               23-CV-4087(LAK)

Rudolph W Giuliani, et al.,

               Defendants.
------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       Although defendant Giuliani has filed a pro se motion to dismiss on September 18, 2023, a review of the docket sheet shows that no notice of appearance for the defendant has been filed. Defendant Giuliani shall either file a notice of appearance representing himself pro se, or arrange for incoming counsel to file a such a notice, forthwith.

       Defendant is reminded that entry of the notice of appearance is essential to his receiving email bounces automatically generated by the ECF system, and it provides the partes' contact information to the Court.

       SO ORDERED.

Dated:     October 16, 2023

                                                   Lewis A. Kaplan
                                                  United States District Judge