```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :   23cv4087(DLC)
DANIEL GILL,                              :
                                          :        ORDER
                            Plaintiff,    :
            -v-                           :
                                          :
RUDOLPH GIULIANI,                         :
                                          :
                            Defendant.    :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On November 21, 2024, defendant Rudolph Giuliani's motion to dismiss the first amended complaint ("FAC") was denied in part. An Order of November 22 instructed the parties to appear at a conference on December 12, 2024. The defendant did not attend the conference. Pursuant to Fed. R. Civ. P. 12(a)(4)(A), the defendant's Answer was due on December 5. The defendant has not filed an Answer. Accordingly, it is hereby

ORDERED that the plaintiff shall file a motion for default judgment against the defendant by **January 3, 2025**. Counsel shall review this Court's Individual Practices in Civil Cases regarding default judgment submissions.

IT IS FURTHER ORDERED that the plaintiff shall serve this Order and the motion for default judgment papers on the defendant and shall file proof of such service on ECF on or before by **January 8, 2025**.

IT IS FURTHER ORDERED that a default judgment hearing will

be held on **January 17, 2025 at 3:30 pm** in Courtroom 18B, 500 Pearl Street, New York, New York.  Failure of the defendant to appear will result in entry of a default or a default judgment. The parties shall be prepared to address whether the Court should exercise supplemental jurisdiction over the remaining claims in this litigation pursuant to 28 U.S.C. § 1367.

Dated:   New York, New York
         December 12, 2024

                                   _____
                                          DENISE COTE
                                   United States District Judge