# LAW OFFICE OF RONALD L. KUBY

ATTORNEYS AT LAW
119 WEST 23RD STREET, SUITE 900
NEW YORK, NEW YORK 10011

TELEPHONE: (212) 529-0223
FAX: (212) 529-0644
WWW.KUBYLAW.COM

RONALD L. KUBY
RHIYA TRIVEDI

OF COUNSEL
GEORGE WACHTEL
LEAH BUSBY

STAFF
SUSAN BAILEY
PROCESS SERVER
LUIS R. AYALA 1952-2012

December 27, 2024

Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY
Via ECF

Re:  Gill v. Giuliani

Dear Judge Cote:

    Following our last court appearance, a colleague of mine, who represents the defendant in another matter, reached out to me on the defendant's behalf.  He informed me that the defendant stated he was not, in fact, on PACER, and that defendant had no knowledge of this Court's decision and order.  Without addressing defendant's veracity, my colleague represented that *he* would make certain that an answer was filed in this matter before the end of the year.

    Accordingly, as a professional courtesy, I will wait for the first of the New Year before taking any additional action.

    Should my trust be misplaced, I will inform the court and request a bit longer to file a default motion.  In any event, I will be present on the 17th to address all matters before the Court.

    Sincerely,

-------s-------
Ronald L. Kuby

cc:  TruthandJustice4u@protonmail.com