```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
DANIEL GILL,                          :
                 Plaintiff,           :
                                      :     23cv4087 (DLC)
         -v-                          :
                                      :        ORDER
RUDOLPH GIULIANI,                     :
                 Defendant.           :
                                      :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

An Order of December 12, 2024 directed the plaintiff to file a motion for default judgment against the defendant and scheduled a default judgment hearing for January 17, 2025. On December 29, 2024, the defendant filed a letter seeking leave to file an Answer, which he submitted on the same day. The letter also argued that, there being no pending federal claims, this Court lacks subject matter jurisdiction over this case. Accordingly, it is hereby

ORDERED that the hearing scheduled for January 17, 2025 is cancelled.

IT IS FURTHER ORDERED that the pleading submitted on December 29, 2024, docketed at ECF Number 61, is accepted as the operative Answer.

IT IS FURTHER ORDERED that the parties may by **January 24, 2025** submit letters addressing the question whether this Court

should exercise supplemental jurisdiction in this case.

Dated:   New York, New York
         January 6, 2025

                                              _____
                                                     DENISE COTE
                                      United States District Judge